**UNITED STATES of America,**
**Plaintiff-Appellee**

v.

**Walter Artavius GRAY, Defendant-Appellant**

**No. 16-10240**
**Summary Calendar**

United States Court of Appeals,
Fifth Circuit.

Filed August 2, 2017

James Wesley Hendrix, Assistant U.S. Attorney, U.S. Attorney's Office, Northern District of Texas, Dallas, TX, for Plaintiff-Appellee

Walter Artavius Gray, Pro Se

Before HIGGINBOTHAM, JONES, and SMITH, Circuit Judges.

PER CURIAM: *

The Federal Public Defender appointed to represent Walter Artavius Gray on appeal has filed a motion to withdraw and a brief that relies on *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Gray has not filed a response. The motion is GRANTED. Counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.